1

2

3

4          UNITED STATES DISTRICT COURT

5          NORTHERN DISTRICT OF CALIFORNIA

6

7    RICHARD W. FARLEY,
                                              Case No. 16-cv-04443-PJH
8              Petitioner,

9          v.                                 **ORDER REJECTING PROPOSED
                                              LITIGATION SCHEDULE**
10   RON DAVIS, Warden, San Quentin
     State Prison                             Re: Dkt. No. 57
11
               Respondent.
12

13

14
          Pursuant to the Court's February 5, 2018 Order, the parties submitted a proposed
15
     joint litigation schedule.  In it, the parties propose that petitioner will file a motion for
16
     reconsideration of the denial of his motion to stay and abey the case pursuant to *Rhines*
17
     *v. Weber*, 544 U.S. 269 (2005), on or before April 2.  *See* ECF Doc. No. 57.  The Court
18
     hereby rejects the proposed litigation schedule.
19
          An order denying a *Rhines* stay is an interlocutory order.  *Thompson v. Frank*,
20
     599 F.3d 1088, (9th Cir. 2010).  Therefore, Local Civil Rule 7-9(a) requires that
21
     petitioner seek leave of the Court prior to noticing or filing any motion for
22
     reconsideration of such an order.  Petitioner has failed to do so.
23
     //
24
     //
25
     //
26
     //
27
     //
28

1    Petitioner is hereby ORDERED to submit any motion for leave to file a motion

2  for reconsideration within twenty-one (21) days of the filing date of this Order.  If

3  petitioner opts not to seek leave to file his motion for reconsideration, the parties shall

4  meet and confer and submit a revised litigation schedule that contemplates the

5  parties' responsibilities under all applicable rules within thirty (30) days of the filing

6  date of this Order.

7

8        **IT IS SO ORDERED.**

9    Dated:  March 15, 2018



10   _____

11   PHYLLIS J. HAMILTON
     United States District Judge